# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-**00185 AWI** |
| Plaintiff, | ) ) | ORDER RE DEFENDANT'S MOTION TO REQUEST |
| v. | ) ) | SENTENCING HEARING TRANSCRIPTS |
| RAMON PIÑA-LABRADA, | ) ) | |
| Defendant. | ) ) | |

On November 17, 2008, Defendant filed a motion requesting his sentencing hearing transcripts. Defendant apparently alleges as the basis for his motion that the record would disclose that he was sentenced to 46 months imprisonment "with credit of good time." However, the court does not order good time credits in pronouncing a sentence, and thus, the sentencing hearing transcript would not be of assistance to Defendant on this issue. In addition, the court has reviewed Defendant's Plea Agreement and Presentence Investigation Report. Having considered all of the above, the court now finds that Defendant has failed to show good cause for the court to grant his motion.

THEREFORE, IT IS HEREBY ORDERED that Defendant's motion is DENIED.

IT IS SO ORDERED.

Dated:   **December 19, 2008**              /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE